# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| EMANUEL MITCHELL, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) Case No. CIV-17-1241-R |
| JOE ALLBAUGH, Director, | ) |
| Respondent. | ) |

## ORDER

Plaintiff filed this amended, pro se habeas petition pursuant to 28 U.S.C. § 2254 for relief from his state court conviction. Doc. 6. The Court referred the matter to Magistrate Judge Bernard Jones for review consistent with 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3) and Fed. R. Civ. P. 72(b). Doc. 3. On April 25, 2018, Judge Jones issued a Report and Recommendation wherein he recommended that the petition be dismissed on the merits. Doc. 19. The record reflects that neither party has filed an objection to the Report and Recommendation, and the time for such objections has run. Accordingly, the Report and Recommendation (Doc. 19) is hereby ADOPTED IN ITS ENTIRETY. The petition is therefore DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of July 2018.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE